IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 05-CR-3 (DF) |
| | Violation(s): Firearms Related |
| **GREGORY LEE KELLUM,** | |
| Defendant | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Upon consideration of the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE filed herein by U. S. Probation Officer Kevin L. Mason on June 17, 2005, and, after this day conducting a hearing thereon, said motion is GRANTED to the extent that the ORDER SETTING CONDITIONS OF RELEASE filed March 1, 2005, is hereby **MODIFIED** by adding the following condition, to-wit:

**DEFENDANT KELLUM SHALL HAVE NO CONTACT WHATEVER WITH MS. MARIA CLANCE WHILE UNDER THIS ORDER.**

All other provisions of said Order of Release shall remain in full force and effect.

SO ORDERED AND DIRECTED, this 27th day of JULY, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE