IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| VS. | NO. 5: 05-CR-3 (CAR) |
| GREGORY LEE KELLUM, | RE: VIOLATION OF SUPERVISED RELEASE |
| Defendant | |

# O R D E R

Defendant GREGORY LEE KELLUM, a supervised releasee herein, this day appeared before the undersigned for an initial appearance on a **PETITION FOR ACTION ON SUPERVISED RELEASE** filed by U. S. Probation Officer Leigh R. Swicord on March 18, 2008, alleging that he violated conditions of supervised release in some seven different ways. Defendant KELLUM was represented by the Federal Defender, Mr. Stephen R. Glassroth; the government was represented by Assistant U. S. Attorney Verda Colvin. With assistance of counsel, Mr. Kellum waived a preliminary hearing under Rule 32.1 of the Federal Rules of Criminal Procedure. Thus, there is probable cause to believe that the violations alleged in the petition have occurred.

The government seeks the detention of Mr. Kellum pending a Final Revocation Hearing before the Honorable C. Ashley Royal. However, upon consideration of argument of counsel for the government and for the defendant, noting particularly that Mr. Kellum is now employed and would most likely lose his employment if detained, the undersigned finds it appropriate to continue him for the present under the supervision of the U. S. Probation Office in the manner hereinafter set out, pending disposition of the government's motion seeking revocation of his sentence of supervised release.

Accordingly, IT IS ORDERED AND DIRECTED:

(1) that defendant KELLUM be released from custody and that disposition of the issue of detention be held in abeyance and **CONTINUE**D until further order of the court;

(2) that, in the meantime,

> (a) defendant KELLUM shall continue under supervision subject to all of the conditions of supervised release heretofore imposed upon him;

> (b) defendant KELLUM is specifically ordered to report to his supervising probation officer as directed and to FULLY COMPLY with ALL conditions of supervised release; and,

> (c) defendant KELLUM's supervising probation officer shall **immediately** notify the court if defendant KELLUM fails to abide by this order and ANY conditions of supervised release.

**IN THE EVENT OF A <u>REPORTED</u> VIOLATION OR VIOLATIONS BY GREGORY LEE KELLUM, THE UNDERSIGNED WILL *WITHOUT FURTHER HEARING* IMMEDIATELY ENTER AN ORDER DIRECTING THAT HE BE TAKEN INTO CUSTODY AND DETAINED PENDING DISPOSITION OF THE PETITION FOR ACTION ON SUPERVISED RELEASE BY JUDGE ROYAL, BASED SOLELY UPON THE VIOLATIONS AND BEHAVIOR OF MR. KELLUM THIS DAY MADE KNOWN TO THE COURT.**

SO ORDERED AND DIRECTED, this 19th day of MARCH, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE