IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 05-CR-3 (CAR) |
| GREGORY LEE KELLUM, | RE: VIOLATION OF SUPERVISED RELEASE |
| Defendant | |

## O R D E R

Defendant (supervised releasee) GREGORY LEE KELLUM appeared before the undersigned with legal counsel, Federal Defendant Stephen R. Glassroth, on March 19, 2008, for an initial appearance on a PETITION FOR ACTION ON SUPERVISED RELEASE filed on March 18, 2008, by U. S. Probation Officer Leigh R. Swicord. The defendant waived his right to a preliminary hearing under Rule 32.1 of the Federal Rules of Criminal Procedure.

Upon consideration of the issue of release from custody pending a Final Revocation Hearing, the undersigned opted to hold in abeyance disposition of the government's request that defendant KELLUM be detained pending his final hearing, expressing concern that the defendant most likely would lose his employment if detained. Defendant KELLUM was ordered released from custody and continued under supervision until further order of the court, with instructions to his supervising probation officer to immediately notify the undersigned if he failed to abide by the order and ANY conditions of supervised release.

The court's order further provided:

**IN THE EVENT OF A REPORTED VIOLATION OR VIOLATIONS BY GREGORY LEE KELLUM, THE UNDERSIGNED WILL *WITHOUT FURTHER HEARING* IMMEDIATELY ENTER AN ORDER DIRECTING THAT HE BE TAKEN INTO CUSTODY AND DETAINED PENDING DISPOSITION OF THE PETITION FOR ACTION ON SUPERVISED RELEASE BY JUDGE ROYAL, BASED SOLELY UPON THE VIOLATIONS AND BEHAVIOR OF MR. KELLUM THIS DAY MADE KNOWN TO THE COURT.**

U. S. Probation Officer Leigh R. Swicord has now advised the undersigned of new violations by defendant KELLUM, to-wit: continued abuse of alcohol and continued association with Ms. Maria Clance, with whom the defendant was instructed not to associate because of her abuse of alcohol and a history of domestic type violence between the two.

Pursuant to the court's order of March 19th, the undersigned now opts to order the detention of defendant KELLUM pending his Final Revocation Hearing, based solely upon the determinations made at the March 19th initial appearance hearing. Accordingly, the U. S. Marshal is directed to take defendant KELLUM into custody and detain him pursuant to this order, a Warrant for Arrest being issued simultaneously herewith.

SO ORDERED AND DIRECTED, this 14th day of MAY, 2008.



/s/ Claude W. Hicks, Jr.
CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE