# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| VS. | **NO. 5: 05-CR-3 (CAR)** |
| **GREGORY LEE KELLUM,** | **WARRANT FOR ARREST** |
| **Defendant** | |

To: The United States Marshal, Middle District of Georgia,
His Deputies, and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **GREGORY LEE KELLUM** and **DETAIN** him until further order of the court pursuant to the Order of the Honorable Claude W. Hicks, Jr., United States Magistrate Judge this day entered.

**SO ORDERED AND DIRECTED,** this 14th day of MAY, 2008.



*(signature)*

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |